MN, ND-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Daniel F. Kaiser

Chapter 7 Case No. 11-40172

Please Check One:

_____  Unclaimed Dividends

__√__  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Fairview Health Services<br>Patient Financial Services<br>400 Stinson Blvd. NE<br>Minneapolis, MN 55413 | 1 | 571.58 | 2.07 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | 7 | 482.10 | 1.74 |
| Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corporate<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 9 | 960.40 | 3.47 |

Dated: September ___ 2011

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Kaiser\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

September 30, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Daniel F. Kaiser
      BKY No. 11-40172

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5.
Also enclosed is an estate check in the amount of $7.28 pursuant that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure

C:\Data\randy\Trustee-Mpls\Kaiser\ltr to court enc. less than $5.wpd